# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

## CIVIL NOTICE

**David Christian, et al.**

**v.**  Case No.  **2:11-0082**
     Judge Brown

**Swallows, Produce, Inc.**

**TYPE OF PROCEEDING:**
Initial Case Management Conference

**PREVIOUSLY SET FOR**
Monday, October 3, 2011 at 10:00 a.m.

**IS RESET FOR:**
Tuesday, October 4, 2011 at 10:30 a.m.

**PLACE:**
Courtroom 783
U.S. Courthouse
801 Broadway
Nashville, TN 37203

| | |
|---|---|
| DATE | Monte E. Klassen |
| August 12, 2011 | Courtroom Deputy |

TO:  Counsel of Record