UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID CHRISTIAN, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 2:11-cv-0082 |
| SWALLOWS PRODUCE, INC. and JACKY R. SWALLOWS, | ) Judge Kevin H. Sharp |
| | ) Magistrate Judge Joe B. Brown |
| Defendants. | ) |

## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on January 17, 2012, a true copy of Plaintiffs' Motion to Add Parties and For Leave to File First Amended Complaint, and the Memorandum in Support [Dkt. Nos. 16 and 17] were served via the Court's ECF Mail System upon the following:

    C. Eric Stevens
    estevens@littler.com
    Rachel K Ross
    rross@littler.com
    LITTLER MENDELSON P.C.
    3200 West End Avenue
    Suite 500
    Nashville, TN 37203

    Respectfully submitted,

    **/s/ Melody Fowler-Green**
    Melody Fowler-Green
    Tennessee Bar No. 023266
    Email: mfgreen@trla.org
    Member, Middle District

    SOUTHERN MIGRANT LEGAL SERVICES
    A Project of Texas RioGrande Legal Aid, Inc.

311 Plus Park Blvd. Ste. 135
Nashville, TN 37217
Telephone: (615) 750-1200
Fax: (615) 366-3349

*Attorney for Plaintiffs Francillon Badio, Antionise Belance, David Christian, Gerda Dorce, Meles Emmanuel, Luclera Gabriel, Rosie Joseph, Jean Homere Perceval, Addly Petitfrere, Arnold Roynez, Clara Roynez, and Miselia Saintil*


Gregory S. Schell
Florida Bar Number 287199
Email: Greg@Floridalegal.Org
Admitted Pro Hac Vice
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone: (561) 582-3921
Fax: (561) 582-4884

*Attorney for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2012, a true copy of the foregoing has been served via the Court's ECF Mail System upon the following:

C. Eric Stevens
estevens@littler.com
Rachel K Ross
rross@littler.com
LITTLER MENDELSON P.C.
3200 West End Avenue
Suite 500
Nashville, TN 37203


  /s/ Melody Fowler-Green
Melody Fowler-Green