IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID CHRISTIAN, et. al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:11cv0082 |
| ) | |
| v. ) | |
| ) | Judge Sharp |
| SWALLOWS PRODUCE, INC. and ) | |
| JACKY R. SWALLOWS, ) | Magistrate Judge Brown |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SWALLOWS PRODUCE, INC. and ) | |
| JACKY R. SWALLOWS, ) | |
| ) | ORDER |
| Third-Party Plaintiffs, ) | Motion Granted |
| ) | /S/ Joe B. Brown |
| v. ) | JOE B. BROWN |
| ) | Magistrate Judge |
| TWO BROTHERS FARM OF ) | |
| GEORGIA, INC., a/k/a TWO ) | |
| BROTHERS FARM, INC. and MICHEL ) | |
| D. GERMAIN, ) | |
| ) | |
| Third-Party Defendants. | |

### SWALLOWS PRODUCE, INC. AND JACKY R. SWALLOWS' MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Defendants/Third-Party Plaintiffs, Swallows Produce, Inc. ("Swallows Produce") and Jacky R. Swallows ("Swallows") file this Motion for Leave to File a Third-Party Complaint against Third-Party Defendants Two Brothers Farm of Georgia, Inc. a/k/a Two Brothers Farm, Inc. ("Two Brothers Farm") and Michel D. Germain ("Germain") pursuant to Federal Rule 14(a). A copy of Swallows Produce and Swallows' proposed Third-Party Complaint against Two Brothers Farm and Germain is attached hereto as <u>Exhibit A</u>. Swallows Produce and Swallows respectfully request that the Court grant their Motion and file their Third-Party Complaint

1