2956

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| David Christian, et. al.<br>*Plaintiff*<br>v.<br>Swallows Produce, Inc. and Jacky R. Swallows<br>*Defendant, Third-party plaintiff*<br>v.<br>Two Brothers Farm of Georgia, Inc., a/k/a Two Brothers Farm, Inc. and Michel D. Germain<br>*Third-party defendant* | Civil Action No. 2:11cv0082 |

2-7-12
13°⁵
cd
#1788

## ALIAS SUMMONS
### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Two Brothers Farm of Georgia, Inc. a/k/a Two Brothers Farm, Inc.
C/O Michel D. Germain
853 N.W. 110 St.
Miami, FL 33168

A lawsuit has been filed against defendant Two Brothers Farm of Georgia, Inc. a/k/a Two Brothers Farm, Inc., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Swallows Produce, Inc. and Jacky R. Swallows.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

C. Eric Stevens, Littler Mendelson, P.C., 3200 West End Avenue, Suite 500, Nashville, TN 37203

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Melody Fowler-Green, Southern Migrant Legal Services, 311 Plus Park Boulevard, Suite 135, Nashville, Tennessee, 37217 and Gregory S. Schell, Migrant Farmworkers Justice Project, 508 Lucern Avenue, Lake Worth, Florida, 33460-3349

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: **JAN 2 6 2012**

KEITH THROCKMORTON
*CLERK OF COURT*

*Althea Straughter*
*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No. 2:11cv0082

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Two Brothers Farm of Georgia, Inc. a/k/a Two Brothers Farm, Inc. C/O Michel D. Germain was received by me on *(date)* Feb. 1, 2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, _____ on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paul Marc Germain, who is designated by law to accept service of process on behalf of *(name of organization)* Two Brothers Farm of Georgia, Inc. a/k/a Two Brothers Farm, C/O Michel D. Germain on *(date)* Feb. 7, 2012; or @ 1:30 pm

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Feb. 9, 2012

*Server's signature*

Carlos Cruz, CPS, 1788

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing has been served via the Court's ECF Mail System upon the following:

| | |
|---|---|
| Melody Fowler-Green | Gregory S. Schell |
| Southern Migrant Legal Services | Migrant Farmworker Justice Project |
| 311 Plus Park Blvd. Ste 135 | 508 Lucerne Avenue |
| Nashville, TN 37217 | Lake Worth, FL 33460-3819 |
| Phone: 615-750-1200 | Phone: 561-582-3921 |
| Fax: 615-366-3349 | Fax: 561-582-4881 |
| mfgreen@trla.org | Greg@Floridalegal.org |

on this the 15th day of February, 2012.

                                            s/ C. Eric Stevens
                                            C. Eric Stevens

Firmwide:109078681.1 069208.1001