```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                    COOKEVILLE DIVISION
```

DAVID CHRISTIAN, *et al.*,          )
                                    )
    Plaintiffs          )
                                    )
v.                                  )
                                    )
SWALLOWS PRODUCE, INC.              )
and JACKY R. SWALLOWS,              )
                                    )
    Defendants          )
                                    )
and                                 )  No. 2:11-0082
                                    )  Judge Sharp/Brown
SWALLOWS PRODUCE, INC. and          )
JACKY R. SWALLOWS,                  )
                                    )
    Third-Party Plaintiffs )
                                    )
v.                                  )
                                    )
TWO BROTHERS FARM OF GEORGIA, INC.  )
a/k/a TWO BROTHERS FARM, INC., and  )
MICHEL D. GERMAIN,                  )
                                    )
    Third-Party Defendants )

## O R D E R

A telephone conference call was held in this matter on March 29, 2012. All parties participated with the exception of Two Brothers Farm of Georgia and Michael Germain. At the present time a motion for default is pending as to these two Defendants (Docket Entry 36).

The remaining parties advised that they had reached a tentative global settlement in this matter and were in the process of drafting the detailed paperwork necessary to accomplish such a global settlement.

In view of this announcement, it does not appear necessary for the Magistrate Judge to rule at this point on the pending motion for joinder of parties and leave to file a first amended complaint (Docket Entry 16). This motion will be **TERMINATED**. However, at the request of the Plaintiffs, it may be reopened.

The parties advised that it would take them some time to work out the details of their proposed global settlement. Accordingly, a further telephone conference is set for **June 4, 2012, at 10:30 a.m. To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

If the parties file appropriate documents dismissing this case prior to the scheduled telephone conference, it will, of course, be canceled.

In order to save the parties time and money, they are in agreement that the present scheduling order should be suspended.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge