```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                       COOKEVILLE DIVISION
```

DAVID CHRISTIAN, *et al.*,       )
                                 )
    Plaintiffs               )
                                 )
v.                               )
                                 )
SWALLOWS PRODUCE, INC.           )
and JACKY R. SWALLOWS,           )
                                 )
    Defendants               )
                                 )
and                              )   No. 2:11-0082
                                 )   Judge Sharp/Brown
SWALLOWS PRODUCE, INC. and       )
JACKY R. SWALLOWS,               )
                                 )
    Third-Party Plaintiffs   )
                                 )
v.                               )
                                 )
TWO BROTHERS FARM OF GEORGIA, INC. )
a/k/a TWO BROTHERS FARM, INC., and )
MICHEL D. GERMAIN,               )
                                 )
    Third-Party Defendants   )

## O R D E R

The Court received a letter from a Third-Party Defendant Michael D. Germain on April 12, 2012 (Docket Entry 42). The **Clerk** will enter the address shown on the letter as the current address for Mr. Germain. Mr. Germain indicates that he does not have money for an attorney and that he would represent himself.

The Clerk entered a default as to Mr. Germain on April 4, 2012 (Docket Entry 41). The **Clerk** will send to Mr. Germain, by regular mail, a copy of Docket Entries 38, 40 and 41 in case Mr. Germain has not received them. It appears that the certified mail

sent to Mr. Germain has been returned-the most recent as of April 10, 2012.

It appears that the parties have had discussions about settlement of this matter. A telephone conference is presently set for **June 4, 2012, at 10:30 a.m.** CDT. **To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

Liberally construing the *pro se* letter by Mr. Germain, it is a request to set aside the default. The Third-Party Plaintiffs Jacky Swallows and Swallows Produce, Inc. are requested to advise the **Clerk** within **14 days** whether they wish to object to Mr. Germain's request to set aside the default.

Mr. Germain is requested to provide the Court with a telephone number where he may be reached during normal business hours. Mr. Germain is also advised that any correspondence that he sends to the Court should have a heading similar to this order and that he should send a copy to the attorneys of record in the matter. The attorneys' addresses are listed on the docket sheet, which the **Clerk** is requested to send to Mr. Germain along with the other documents referenced above.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge