```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage    $

Return Receipt
(Endorsement)      2:11-cv-00082 DE#'s 44, 38, 40, 41
Restricted         Michel D. Germain
(Endorsement)      231 Adams Avenue, Apt. 12
Total Postage      Ashburn, GA 31714
```

| Sent To |
|---|
| Street, Apt. No.; or PO Box No. |
| City, State, ZIP+4 |

PS Form 3800, August 2006                See Reverse for Instructions

7011 1570 0001 3039 7328