| | |
|---|---|
| DAVID CHRISTIAN, et al., | |
| Plaintiffs | |
| v. | No. 2:11-0082 |
| | Judge Sharp |
| SWALLOWS PRODUCE, INC., and JACKY R. SWALLOWS, | |
| Defendants | |
| and | |
| SWALLOWS PRODUCE, INC., and JACKY R. SWALLOWS, | |
| Third-Party Plaintiffs | |
| v. | |
| TWO BROTHERS FARM OF GEORGIA, a/k/a TWO BROTHERS FARM, INC., and MICHEL D. GERMAIN, | |
| Third-Party Defendants | |

# O R D E R

Pending before the Court is Pro-Se Defendant Michel D. Germain's letter (Docket No. 42), construed as a request to set aside default (<u>see</u> Docket No. 44), to which the Third-Party Plaintiff's have responded and objected (Docket No. 50). This default issue is hereby REFERRED to the Magistrate Judge pursuant to Rule 72(b) and 28 U.S.C. § 636(b)(1)(A) and (B) for consideration, including submission of proposed findings of fact and a recommendation for disposition.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE